IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No.: 1:25-CR-62 |
| ) | |
| MARCUS LABAT ) | |
| ) | |
| Defendant. ) | |

## APPLICATION FOR LEAVE OF COURT

COMES NOW Brooks K. Hudson, counsel for the defendant Marcus Labat pursuant to Local Rule 83.9, and requests the Court grant the undersigned a leave of absence from this Court for the dates of February 13, 2026, through February 19, 2026 for the purpose of a trip out of state for family vacation.

Applicant shows that the leave of absence requested will not interfere with any proceeding presently scheduled. Applicant further shows that notice is hereby being given to all counsel of record pursuant to Local Rule 83.9. Accordingly the undersigned respectfully requests that his Application for Leave of Court be granted. A proposed Order is being submitted herewith as an Exhibit.

Respectfully submitted this 3rd day of February, 2026.

      /s/Brooks K. Hudson
      BROOKS K. HUDSON
      Attorney for Defendant

Hull Barrett, PC
Post Office Box 1564
Augusta, GA  30903-1564
706-722-4481
706-722-9779 (facsimile)
bhudson@hullbarrett.com

{02335660-1}  1

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

    This 3rd day of February, 2026.

                                                                       /s/Brooks K. Hudson_____

{02335660-1}