IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.: 1:25-CR-62 |
| | ) | |
| MARCUS LABAT | ) | |
| | ) | |
| Defendant. | ) | |

### IN RE: LEAVE OF ABSENCE

Application for Leave of Absence has been requested in the above-captioned case by Brooks K. Hudson from February 13, 2026 through February 19, 2026

The above and foregoing request for Leave of Absence is **APPROVED**.

SO ORDERED this _____ day of February, 2026 at Augusta, Georgia.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE

{02335779-1}   00843712-1