UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FEB 4 2026

FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR125-062 |
| | ) | |
| MARCUS LABAT | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Brooks K. Hudson** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Brooks K. Hudson** be granted leave of absence for the following periods: February 13, 2026 through February 16, 2026.

**SO ORDERED**, this the 4th day of February, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA