IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.:  1:25-CR-62 |
| | ) | |
| MARCUS LABAT | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION TO MODIFY BOND**

NOW COMES Defendant, MARCUS LABAT, by and through his undersigned counsel, and requests that his bond conditions be amended to allow his son, Jonathan Hietzman, to have friends over to his house to visit and to possibly stay over for the night on occasion.

Defendant Labat's son, Jonathan Hietzman, is a seventeen year old male, who is not involved in the present case. Defendant Labat would like for his son to be allowed to have friends over to the house to visit on occasion and to possibly stay over for the evening. To restrict his son's ability to socialize with his peers is unduly burdensome on a family member who is  not involved in any way with the charges outlined in the Indictment.

As some of his friends may be children of other members of the Church, Defendant Labat would take measures not to have any interactions with any of his son's friends while they are at his residence. Defendant Labat would leave the residence completely while his son's friends are at his house until his curfew of 10:00 P.M.. Should any of any of his son's friends remain at the residence after 10:00 P.M. or stay over for the night, Defendant Labat would return to his residence in time to comply with his curfew, would go straight to his room, lock the door, and remain there until his son's friends have left the residence later that evening or the following morning. Defendant Labat would have no interaction with any of his son's friends while they are at his residence.

Since Labat's son's friends are not involved with any of the alleged acts listed in the indictment, the engagement with any potential witnesses in this case pursuant to the present bond conditions would be virtually non-existent. Despite this fact, Defendant Labat will take the necessary precautions outlined herein to ensure there is no incidental or 3rd party contact with any potential witnesses in this case.

If the Court should grant this request, Defendant will abide by all other conditions of bond at all times.

Submitted, this 26th day of February, 2026.

/s/  Brooks K. Hudson
BROOKS K. HUDSON
GA Bar No. 141621
Attorney for Defendant

Of Counsel:
Hull Barrett, P.C.
Post Office Box 1564
Augusta, Georgia 30903-1564
(o) 706/722-4481 | (f) 706.722.9779
BHudson@HullBarrett.com

2

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This 26th day of February, 2026.

/s/ Brooks K. Hudson
BROOKS K. HUDSON