**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR125-062 |
| | ) | |
| MARCUS LABAT | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Brooks K. Hudson** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Brooks K. Hudson** be granted leave of absence for the following periods:  June 1, 2026 through June 5, 2026; June 10, 2026 through June 14, 2026; June 20, 2026 through June 26, 2026 and July 1, 2026 through July 3, 2026.

**SO ORDERED**, this the 27th day of April, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA