# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:25-CR-62-7-JRH-BKE |
| | ) | |
| MARCUS LABAT, | ) | NOTICE OF |
| | ) | APPEARANCE |
| Defendant. | ) | |
| | ) | |

## **NOTICE OF APPEARANCE**

COMES NOW, BRIAN T. RAFFERTY, Esq., and hereby enters his appearance as Counsel of Record for the Defendant, MARCUS LABAT, in the above-styled matter.

Please send all correspondence, orders, court notices, and copies of pleadings to the undersigned.

Respectfully submitted this 24th day of July 2026.

> _/s Brian T. Rafferty, Esq._
> Brian T. Rafferty
> Georgia Bar No. 311903
> RAFFERTY LAW, LLC
> 1575 Johnson Road
> Atlanta, Georgia 30306
> (912)658-0912
> brian@raffertylawfirm.com

## **<u>CERTIFICATE  OF SERVICE</u>**

This is to certify that I have on this day served the foregoing Notice of Appearance on all parties in this case in accordance with the notice of electronic filing using the CM/ECF system, which was generated as a result of the electronic filing with this Court.

This 24th day of July, 2026.


*/s/Brian T. Rafferty, Esq.*
Brian T. Rafferty, Esq.