IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.:  1:25-CR-62 |
| | ) | |
| MARCUS LABAT, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW Brooks K. Hudson, and moves this Court to allow him to withdraw as counsel of record for Defendant Marcus Labat in the above-captioned action, showing the Court as follows:

Attorney Hudson was appointed to represent the Defendant by this Court on September 23, 2025 (Doc. 59). Defendant has now retained Brian T. Rafferty, Esq. of the law firm Rafferty Law, LLC to substitute as counsel for Defendant in the above-captioned action. Attorney Rafferty entered his appearance as counsel of record for Defendant on July 24, 2026 (Doc. 195).

Attorney Hudson respectfully requests this Court enter an order removing him as counsel of record for Defendant in the above-styled action and that the Court instruct the Clerk to note the record accordingly.

Respectfully submitted this 27th day of July, 2026.

/s/ Brooks K. Hudson
Brooks K. Hudson
Georgia Bar No. 141621
HULL BARRETT, P.C.
Post Office Box 1564
Augusta, GA 30903-1564
Telephone: (706) 722-4481
Facsimile:  (706) 722-9779
BHudson@HullBarrett.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This 27th day of July, 2026.


*/s/ Brooks K. Hudson*
Brooks K. Hudson