**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:25-CR-62 |
| | ) | |
| MARCUS LABAT | ) | |

**<u>MOTION TO TRAVEL</u>**

COMES NOW Defendant Marcus Labat ("Defendant"), by and through his attorney Brian Rafferty, and moves this Court to allow Defendant to travel to Atlanta, Georgia, to celebrate his anniversary with his wife. In support of this motion, Defendant shows the Court as follows:

1. Defendant entered a not guilty plea and was released on a personal recognizance bond that restricted his travel to the Southern District of Georgia. *See* Doc. 4.

2. Defendant's wedding anniversary is on August 7, 2026.

3. Defendant would like to travel to Atlanta on August 7, 2026, to celebrate his anniversary with his wife. Defendant would be staying at the Waldorf Astoria Atlanta Buckhead, located at 3376 Peachtree Road NE,

Atlanta, Georgia 30326.  The defendant would return to his home in the Southern District of Georgia on August 8, 2026.

4.  Undersigned counsel has consulted with Defendant's pretrial services officer, Heather Holland, who has indicated she had no opposition to this travel request.   The undersigned has conferred with AUSA Patricia Rhodes about this proposed travel, and the government indicated the government defers to the probation department and the Court on requests to travel.

5.  Therefore, Defendant requests that this Court grant his Motion to Travel to celebrate his anniversary.

6.  This motion to travel is respectfully submitted this 1st day of August, 2026.

> */s/ Brian T. Rafferty*
> BRIAN T. RAFFERTY
> Georgia Bar No. 311903
> Counsel for Defendant
> RAFFERTY LAW, LLC
> 1575 Johnson Road NE
> Atlanta, Georgia 30306
> (912) 658-0912
> brian@raffertylawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the United States District Court for the Southern District of Georgia by way the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

This 1st day of August 2026.

*s/ Brian T. Rafferty*
BRIAN T. RAFFERTY
Georgia Bar No. 311903
Counsel for Defendant

RAFFERTY LAW, LLC
1575 Johnson Road NE
Atlanta, Georgia 30306
(912) 658-0912
brian@raffertylawfirm.com
