**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:25-CR-62-7 |
| | ) | |
| MARCUS LABAT | ) | |

# MOTION TO TRAVEL

COMES NOW Defendant Marcus Labat ("Defendant"), by and through his attorney Brian Rafferty, and moves this Court to allow Defendant to attend his son's graduation from the Heritage Home School, which will be held at 4 p.m. on Monday, September 14, 2026 at the Family Tradition Restaurant in Jesup, Georgia. In support of this motion, Defendant shows the Court as follows:

1. Defendant entered a not guilty plea and was released on a personal recognizance bond that restricted his travel to the Southern District of Georgia. *See* Doc. 4. Bond condition 7(g) provides Defendant must "avoid all contact, directly or indirectly, with any person who is or may be a victim

or witness in the investigation or prosecution, including co-defendants, unless arranged by and in the presence of counsel." *Id.*

2. Defendant's son is graduating from from the Heritage Home School, which will be held at 4 p.m. on Monday, September 14, 2026 at the Family Tradition Restaurant in Jesup, Georgia.

3. The Undersigned has provided the government a list of attendees expected at the graduation to the Government. Undersigned counsel is not aware if any of the individuals expected to attend are actual or potential witnesses in this case, and thus provided to list to the Government out of an abundance of caution. The Government has reviewed the list of expected attendees, noted that the list of attendees at least appears to include relatives of people that the government considers witnesses at this stage, and therefore the Government cannot say that the government is unopposed to the instant motion.

4. Notwithstanding the Government's opposition to the instant Motion, undersigned counsel respectfully requests that the Court allow Defendant to attend his own son's graduation. The fact that there may be relatives of potential witnesses in this case at this graduation, which is likely

to endure for just a few hours, is not a sufficient basis to prevent Defendant from attending this special event for his son.

5. Undersigned counsel has consulted with Defendant's pretrial services officer, Heather Holland, who has indicated she leaves this motion it to the sound discretion of the Court. As noted, undersigned counsel has conferred with AUSA Patricia Rhodes about this proposed travel request, and the government indicated the government cannot state that it is unopposed to this Motion.

6. Therefore, Defendant requests that this Court grant his Motion to Travel to his son's graduation from the Heritage Home School, which will be held at 4 p.m. on Monday, September 14, 2026 at the Family Tradition Restaurant in Jesup, Georgia.

7. This motion to travel is respectfully submitted this 11th day of September, 2026.

*/s/ Brian T. Rafferty*
BRIAN T. RAFFERTY
Georgia Bar No. 311903
Counsel for Defendant
RAFFERTY LAW, LLC
1575 Johnson Road NE
Atlanta, Georgia 30306
(912) 658-0912
brian@raffertylawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the United States District Court for the Southern District of Georgia by way the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

This 11th day of September 2026.

*s/ Brian T. Rafferty*
BRIAN T. RAFFERTY
Georgia Bar No. 311903
Counsel for Defendant

RAFFERTY LAW, LLC
1575 Johnson Road NE
Atlanta, Georgia 30306
(912) 658-0912
brian@raffertylawfirm.com