**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:25-CR-62-7 |
| | ) | |
| MARCUS LABAT | ) | |

## DEFENDANT MARCUS LABAT'S MOTION FOR ADDITIONAL PEREMPTORY CHALLENGES

Defendant Marcus Labat, through undersigned counsel, hereby moves this Court, pursuant to Federal Rules of Criminal Procedure 12(b) and 24 and the Sixth Amendment of the Constitution, to allow Mr. Labat additional peremptory challenges during jury selection in this case. In support of this Motion, Defendant states as follows:

## PROCEDURAL AND FACTUAL BACKGROUND

On September 4, 2025, a federal grand jury returned a multi-count Indictment against Mr. Labat and others. Doc. 3. The Indictment charges Mr. Labat with Conspiracy to Commit Wire Fraud in Count 4, and multiple counts of Wire Fraud in Counts 8-23. In addition to the charges against Mr. Labat, the Indictment includes an entirely different Conspiracy to Commit Bank Fraud in Count 1, Substantive Bank Fraud Counts in Counts 2-3, and

Substantive Counts charging Aiding and Abetting in the Filing of False Tax Returns in Counts 24-26. Mr. Labat is not charged in any of these other counts. In addition to Mr. Labat, seven other defendants are charged in the Indictment. At this time, all eight defendants in this case are to be tried together.

## LEGAL ARGUMENT

The Sixth Amendment of the United States Constitution provides in relevant part "the accused shall enjoy the right to a speedy and public trial, by an impartial jury..." Rule 24 of the Federal Rules of Criminal Procedure provides guidance on selecting a fair and impartial jury. Ordinarily, for a case of this nature, the defendant, or defendants tried jointly, would be afforded 10 peremptory challenges. *See* Rule 24(b)(2). Rule 24, however, also provides that "the Court may allow additional peremptory challenges to multiple defendants, and allow those challenges to be exercised separately or jointly."

Mr. Labat respectfully submits that given the nature of the charges in this case, the pretrial publicity it has generated, and the number of defendants scheduled to be tried together, the Court should allow additional peremptory challenges. Mr. Labat respectfully submits that allowing

additional peremptory challenges is the only way to insure Mr. Labat and the other defendants in this case receive a fair trial by an impartial jury.

Wherefore, Mr. Labat respectfully requests that the Court grant this Motion and provide an additional number of peremptory challenges. Mr. Labat leaves the number of additional peremptory challenges to the sound discretion of the Court.

Respectfully submitted this 26th day of September, 2026.

Respectfully Submitted,
*/s/ Brian T. Rafferty*
BRIAN T. RAFFERTY
Georgia Bar No. 311903

RAFFERTY LAW, LLC
1575 Johnson Road NE
Atlanta, Georgia 30306
(912) 658-0912
brian@raffertylawfirm.com
Counsel for Defendant Marcus Labat

CERTIFICATE OF SERVICE

This is to certify that I have on this day served the foregoing Motion on all parties in this case in accordance with the notice of electronic filing using the CM/ECF system, which was generated as a result of the electronic filing with this Court.

This 26th day of September, 2026.

*/s/Brian T. Rafferty, Esq.*

Brian T. Rafferty, Esq.