# EXHIBIT 1

## **Certification of Counsel**

Pursuant to Local Criminal Rule 16E(a), I certify that I conferred with opposing counsel in a good-faith effort resolve a discovery dispute prior to filing this motion. The parties were unable to resolve the dispute despite these good-faith efforts.

*Brian T. Rafferty*
Brian T. Rafferty
Counsel for Marcus Labat