**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO.: 1:25-CR-62-7 |
| | : | |
| MARCUS LABAT, | : | |

**MOTION FOR LEAVE OF ABSENCE**

COMES NOW, Brian T. Rafferty, and hereby moves this Honorable Court pursuant to Southern District of Georgia Local Rule in Criminal Cases for a leave of absence as to the following dates:

**October 9, 2026 through October 18, 2026**

The purpose of the leave is for personal travel.

The undersigned requests that this leave of absence be applicable to all proceedings scheduled in this matter. Counsel affirms that no other attorney can adequately protect the interests of the Defendant while counsel is on leave.

All parties hereto shall promptly file an objection to the proposed Leave of Absence. If no objections are timely filed, counsel respectfully requests that this Honorable Court grant him leave of absence in this case on the foregoing dates.

Respectfully submitted this 3rd day of October, 2026.

*/s/ Brian T. Rafferty*
Brian T. Rafferty
Georgia Bar No. 311903
Counsel for Defendant

RAFFERTY LAW, LLC
1575 Johnson Road
Atlanta, Georgia 30338
(912)658-0912
brian@raffertylawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the United States District Court for the Southern District of Georgia, Augusta Division, by way the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

This 3rd day of October, 2026.

*s/ Brian T. Rafferty*
BRIAN T. RAFFERTY
Georgia Bar No. 311903
Counsel for Defendant

RAFFERTY LAW, LLC
1575 Johnson Road NE
Atlanta, Georgia 30306
(912) 658-0912
brian@raffertylawfirm.com