**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR125-062 |
| | ) | |
| MARCUS LABAT | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Brian T. Rafferty** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Brian T. Rafferty** be granted leave of absence for the following periods: October 9, 2026 through October 18, 2026.

**SO ORDERED**, this the 6th day of October, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA